# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

TYRONE T.H. NALL,

    Plaintiff,

v.

KIM ADAMSON, et al.,

    Defendants.

3:19-cv-0054-MMD-CLB

**ORDER**

Plaintiff's motion for extension of time (ECF No. 60) is **GRANTED**. Plaintiff shall have to and including **July 28, 2021** to file an opposition to Defendants' motion for summary judgment. (ECF No. 45).

Defendants shall file a response to Plaintiff's motion for clarification concerning Exhibits A and C to the motion for summary judgment on or before July 6, 2021.

**DATED:** June 28, 2021.

_____
**UNITED STATES MAGISTRATE JUDGE**