# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

TYRONE T.H. NALL,

                Plaintiff,

v.

KIM ADAMSON, et al.,

                Defendants.

3:19-cv-0054-MMD-CLB

**ORDER**

Before the court is Plaintiff's motion for clarification of the court's order ECF No. 57. (ECF No. 59). By this motion, Plaintiff seeks to have copies of sealed Exhibits A and C to Defendants' motion for summary judgment in his cell. Exhibit A is Plaintiff's Offender Information Summary (commonly referred to as "I-File") and Exhibit C is the Declaration of Michael Minev. (ECF Nos. 47-2 and 47-4). Following the issuance of ECF No. 57, Sealed Exhibit B comprising Plaintiff's medical records were provided by the Defendants to Plaintiff to keep in his possession.

Defendants responded to the motion (ECF No. 63) by quoting the conclusion of the court's order which orders that plaintiff be "given copies of the medical records filed in support of the motion for summary judgment to be maintained in his cell." Defendants also refer the court back to their motion to seal in regards to Exhibits A and C. Defendants motion to seal merely states that Exhibit A consists of confidential information contained in Plaintiff's I-File and Exhibit C contains medical information. (ECF No. 46.) Defendants further state this information needs to be sealed in order to protect Plaintiff's privacy and maintain the confidentiality of these records. (*Id.*)

Plaintiff's motion for clarification (ECF No. 59) is **GRANTED in part** and **DENIED in part** as follows:

    1. Plaintiff shall not be permitted to possess Exhibit A, his I-File, in his cell. However, Plaintiff shall be permitted an additional one hour to review

1

Exhibit A on or before **July 21, 2021.** Plaintiff shall submit a kite requesting such a review together with a copy of this order. The Office of the Attorney General shall ensure that Plaintiff has this further opportunity to review this document in preparation for his opposition to Defendants' motion for summary judgment.

2. Plaintiff shall be permitted to possess Exhibit C in his cell. The court has reviewed the Declaration of Dr. Michael Minev and considers it to be a part and parcel of the medical information that the court ordered Defendant to provide to the Plaintiff.

Also before the court is Plaintiff's second motion for extension of time to file a reply to Defendants' opposition to Plaintiff's motion for summary judgment. (ECF No. 62). Plaintiff's motion is **GRANTED.** Plaintiff shall have until **August 9, 2021** to file a reply.

**DATED:** July 8, 2021.

_____
**UNITED STATES MAGISTRATE JUDGE**