AARON D. FORD
  Attorney General
KATLYN M. BRADY (Bar No. 14173)
  Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-0661 (phone)
(702) 486-3773 (fax)
Email: katlynbrady@ag.nv.gov

*Attorneys for Defendants*
*Dr. Romeo Aranas and Dr. Michael Minev*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TYRONE T.H. NALL,<br><br>    Plaintiff,<br><br>vs.<br><br>KIM ADAMSON, et al.,<br><br>    Defendants. | Case No. 3:19-cv-00054-MMD-CLB<br><br>**DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO FILE A REPLY TO PLAINTIFF'S OPPOSITION (ECF NO. 66)**<br>**(FIRST REQUEST)** |

Defendants, Romeo Aranas and Michael Minev, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Katlyn M. Brady, Senior Deputy Attorney General, request this Court extend the deadline to respond from August 11, 2021, to September 10, 2021.[1]

## I. INTRODUCTION

Defendants request this Court extend the deadline to respond to Plaintiff's opposition from **August 11, 2021, to September 10, 2021**. Defendants assert good cause supports this extension as prior counsel left state employment on July 27, 2021, and thus this matter requires reassignment. As one Deputy Attorney General and another Senior Deputy Attorney General have been on leave for several weeks, this matter was reassigned to Senior Deputy Attorney General Katlyn M. Brady.

---

[1] Defendants request a 30-day extension to ensure there is no need for a second extension request.

## II. BACKGROUND

This matter is an inmate civil rights issue based upon Plaintiff's allegations that Defendants denied Plaintiff necessary medication based on a policy of denying certain neuronin prescriptions. ECF NO. 10 at 10:25-26.

Following a discovery period, both parties filed competing motions for summary judgment. ECF Nos. 44 and 45. Both parties then filed timely oppositions. ECF Nos. 55 and 66.

The deadline for Defendants to file a reply in support of their motion for summary judgment is August 11, 2021.

On July 27, 2021, prior defense counsel left state employment. As a result, this matter needed to be reassigned to a new attorney in the Public Safety Division. However, one Deputy Attorney General was on extended leave to take the Nevada Bar exam and a Senior Deputy Attorney General is on paternity leave. Due to the short staffing concerns, this matter was reassigned to Senior Deputy Attorney General Katlyn M. Brady.

SDAG Brady additionally received nearly 20 cases as a result of the prior counsel's departure. Despite attempting to work on this reply, when not otherwise occupied with other deadlines, counsel was unable to complete the reply. Due to forthcoming deadlines, counsel is unlikely to complete this deadline despite working over weekends and spending 10-12 hours working per day. Defendants therefore request this Court extend the deadline to respond from August 11, 2021, to September 10, 2021.

## III. LEGAL ARGUMENT

Federal Rules of Civil Procedure 6(B)(1) holds a court may extend time to respond upon a showing of good cause. Under Rule 6, good cause is not a rigorous or high standard. *Ahanchion v. Kenan Pictures*, 624 F.3d 1253, 1259 (9th Cir. 2010).

Defendants assert good cause supports this extension. As prior counsel is no longer employed with the Attorney General's Office, undersigned counsel must finish familiarizing herself with the pleadings in this matter, the discovery provided, and the arguments contained within the dispositive motions. Counsel can then complete a

competent and sufficient reply brief that addresses all necessary arguments. Further, counsel has requested a 30-day extension to ensure the reply is completed without additional requests for an extension.

## IV. CONCLUSION

Defendants request this Court extend the deadline to reply due to the recent reassignment of this matter. This extension will allow counsel to familiarize herself with this matter and file an appropriate reply. The extension ensures that Defendants can fully and fairly brief the matter and not be prejudiced by the reassignment of this matter. Accordingly, good cause supports granting Defendants' motion for an extension of time to file a reply.

DATED this 11th day of August, 2021.

AARON D. FORD
Attorney General

By: /s/ Katlyn M. Brady
KATLYN M. BRADY (Bar No. 14173)
Senior Deputy Attorney General

*Attorneys for Defendants*

IT IS SO ORDERED.

Dated: August 12, 2021

_____
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on August 11, 2021, I electronically filed the foregoing **DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO FILE A REPLY TO PLAINTIFF'S OPPOSITION (ECF NO. 66) (FIRST REQUEST)** via this Court's electronic filing system. Parties who are registered with this Court's electronic filing system will be served electronically. For those parties not registered, service was made by depositing a copy for mailing in the United States Mail, first-class postage prepaid, at Las Vegas, Nevada, addressed to the following:

> Tyrone Nall, #55462
> Lovelock Correctional Center
> 1200 Prison Road
> Lovelock, Nevada 89419
> Email: lcclawlibrary@doc.nv.gov
> *Plaintiff, Pro Se*

/s/ Carol A. Knight
CAROL A. KNIGHT, an employee of the
Office of the Nevada Attorney General