**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| TYRONE NALL,<br><br>           Plaintiff,<br><br>v.<br><br>KIM ADAMSON, *et al.*,<br><br>           Defendants. | Case No. 3:19-CV-0054-MMD-CLB<br><br>**ORDER GRANTING, IN PART, DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO FILE STIPULATION FOR DISMISSAL**<br><br>[ECF No. 90] |

Defendants filed a motion for enlargement of time to file stipulation for dismissal. (ECF No. 90.) The motion states defense counsel has been unable to coordinate the signing of the documents as provided by the terms of the settlement agreement. (*Id.*) Other than this one statement, the motion is entirely devoid of a legal or factual basis for an extension of time.

In addition, the motion misstates the facts by claiming the settlement conference occurred in March when it in fact occurred on February 22, 2022. (ECF No. 86.) The Court was generous in providing 45 days to file the stipulation to dismiss so that counsel would have adequate time to coordinate the signing of documents. In fact, the Plaintiff filed a motion to enforce the settlement on March 17, 2022, pointing out that counsel had not provided him with any paperwork. (ECF No. 87.) To which Defendant responded by assuring the Plaintiff and the Court that "the terms of the settlement would be enacted well before the April 8th deadline." (ECF No. 89.)

Therefore, the Court finds the request for extension of time until April 22, 2022 unwarranted and **GRANTS** the motion only in part. A stipulation to dismiss shall be filed on or before **Tuesday, April 12, 2022. No further extensions of time will be granted absent extraordinary circumstances.**

           **DATED**: April 8, 2022          .

                                                          _____
                                                          **UNITED STATES MAGISTRATE JUDGE**