1 AARON D. FORD
   Attorney General
2 LANCE C. WHITE, Bar No. 10274
   Senior Deputy Attorney General
3 State of Nevada
  100 N. Carson Street
4 Carson City, NV 89701-4717
  Tel: (775) 684-1159
5 E-mail: lwhite@ag.nv.gov

6 *Attorneys for Defendants*
  *Romeo Aranas and Michael Minev*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| TYRONE T.H. NALL, <br><br> Plaintiff, <br><br> vs. <br><br> KIM ADAMSON, et al., <br><br> Defendants. | Case No. 3:19-cv-00054-MMD-CLB <br><br> **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Plaintiff, Tyrone T.H. Nall, and Defendants, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Lance C. White, Senior Deputy Attorney General, hereby stipulate that the above-captioned action should be dismissed with prejudice by order of this Court, with each party to bear their own costs.

DATED this 25 day of April 2022.

TYRONE T.H. NALL
*Plaintiff*

DATED this ___26th__ day of April 2022

AARON D. FORD
Attorney General

By: /s/ *Lance C. White*
LANCE C. WHITE, Bar No. 10274
Senior Deputy Attorney General
*Attorneys for Defendants*

**IT IS SO ORDERED.**

**UNITED STATES DISTRICT JUDGE**

DATED: April 26, 2022

Page 1 of 1

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on this 26th day of April, 2022, I electronically filed the foregoing, **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**, via this Court's electronic filing system. Parties that are registered with this Court's electronic filing system will be served electronically. For those parties not registered, service was made by depositing a copy for mailing in the United States Mail, first-class postage prepaid, at Carson City, Nevada, addressed to the following:

Tyrone T.H. Nall, #55462
Lovelock Correctional Center
1200 Prison Road
Lovelock, Nevada 89419
Email: lcclawlibrary@doc.nv.gov
*Plaintiff, Pro Se*

_____
An employee of the
Office of the Nevada Attorney General